No. 00–9928.  FABRE *v.* CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 00–9929.  HELMS *v.* RUMER, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 00–9932.  INGRAHAM *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 00–9933.  GIBBS *v.* FOSTER, GOVERNOR OF LOUISIANA, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–9934.  GIBBS *v.* CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 00–9935.  HUGHES *v.* HUBBARD, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 00–9937.  COTTON *v.* MISSISSIPPI ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–9941.  YONTER *v.* QUEST ENGINEERING DEVELOPMENT CORP.  Ct. App. La., 5th Cir.  Certiorari denied.

No. 00–9943.  ALLAH, AKA THOMAS *v.* HALL, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 00–9944.  TURNER *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 00–9946.  MARIONEAUX *v.* TEXAS.  Ct. App. Tex., 3d Dist.  Certiorari denied.

No. 00–9949.  GROOMS *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 00–9951.  MATIAS *v.* HERBERT, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 00–9952.  BENNINGS *v.* KEARNEY ET AL.  C. A. 2d Cir.  Certiorari denied.